**Timothy McCALL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 60396.**

Missouri Court of Appeals,
Eastern District,
Division Three.

July 28, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Sept. 2, 1992.

Application to Transfer Denied
Oct. 27, 1992.

Earlyne M. Thomas, David C. Hemingway, St. Louis, for appellant.

William L. Webster, Atty. Gen., Robert Alan Kelly, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Affirmed.

Movant appeals the denial of his Rule 27.26 motion after an evidentiary hearing. The findings and conclusions of the motion court are not clearly erroneous. No error of law appears. An opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment of the motion court pursuant to Rule 84.16(b).